UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 20, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:07MJ00299-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOHN CHRISTOPHER WOODWORTH, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOHN CHRISTOPHER WOODWORTH ,
Case No.  2:07MJ00299-GGH , Charge  18USC § 2252(a)(2) and 2252(a)(4)(B) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

   __ Unsecured Appearance Bond

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

✔ (Other)      Pretrial conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 20, 2007  at  2:00 pm .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court