MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jason Hoang

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                      )<br>                  Plaintiff,              )<br>                                                      )<br>           v.                                       )<br>                                                      )<br>JOHN WOODWORTH,            )<br>                                                      )<br>                  Defendant.          ) | Case No.: 2:07-CR-00451 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE |

Defendant JOHN WOODWORTH, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Camil Skipper, hereby stipulate and agree to continue the status conference in the above-captioned case from Tuesday, November 6, 2007 at 9:30 a.m. to Tuesday, November 27, 2007 at 9:30 a.m.  The continuance is requested to allow the government to complete it's analysis of Mr. Woodworth's computer.  This will also give the defense an opportunity to review any reports that are generated out of that analysis.

Dated: November 1, 2007         The CHASTAINE LAW OFFICE

                                                      By: _____/s/ Michael Chastaine
                                                              MICHAEL CHASTAINE
                                                              Attorney for John Woodworth

Dated: November 1, 2007         McGREGOR W. SCOTT
                                                      United States Attorney

                                                      By: ____/s/ Camil Skipper
                                                              Camil Skipper
                                                              Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for November 6, 2007 at 9:30 a.m. is continued to November 27, 2007 at 9:30 a.m. and that the period from November 6, 2007 to November 27, 2007 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: November 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT