McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN CHRISTOPHER WOODWORTH,<br><br>        Defendant. | CR. No. S-07-451 LKK<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE AND ORDER<br><br><br><br>DATE: November 27, 2007<br>TIME: 9:30 A.M.<br>COURT: Judge Karlton |

    The parties, through their respective counsel, agree that the status conference presently set for November 27, 2007, should be continued to January 15, 2008, and that time should be excluded under the Speedy Trial Act until January 15, 2008, for defense preparation.

    To date, the government has provided 83 pages of discovery to the defense, but the forensic analysis of the defendant's digital storage media is ongoing. The government anticipates providing a report concerning the forensic analysis to the defense by the end of November. Defense counsel will need time to review this new information and discuss it with the defendant, and the intervening holidays will necessitate some delay. For that reason, the parties

1

believe a continuance to January 15, 2008, is warranted, and that time should be excluded under those provisions of the Speedy Trial Act relating to reasonable time to prepare.  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

```
DATED: November 19, 2007          McGREGOR W. SCOTT
                                  United States Attorney


                             By:  /s/ Camil A. Skipper
                                  CAMIL A. SKIPPER
                                  Assistant U.S. Attorney


DATED: November 19, 2007          /s/ Michael L. Chastaine
                                  MICHAEL L. CHASTAINE
                                  Attorney for Defendant
```

### ORDER

Therefore, **IT IS HEREBY ORDERED** that:

1.  A further status conference is set for January 15, 2008, at 9:30 A.M.

2.  Based upon the above representations, the court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded through January 15, 2008.

IT IS SO ORDERED.

Date: November 20, 2007

```
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```