MCGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                Plaintiff,        v.  JOHN CHRISTOPHER WOODWORTH,                Defendant. | CR NO. S-07-451 LKK  ORDER |

On January 15, 2008, at 9:30 a.m., this matter came on for a status conference. The United States appeared through Assistant United States Attorney Carolyn K. Delaney. Defendant John Woodworth appeared with his counsel Michael Chastaine. Pursuant to the agreement of the parties, the Court entered the following order:

For good cause shown, IT IS HEREBY ORDERED THAT:

1. A change of plea hearing is scheduled for February 20, 2008, at 9:30 a.m.

2. The Court finds that time is properly excluded between January 15, 2008 and February 20, 2008 under the Speedy Trial Act to give the defendant a reasonable time to prepare for trial in this matter (Local Code T4). The Court finds that the ends of

1 | justice served by granting a continuance outweigh the best
2 | interest of the public and the defendant in a speedy trial.
3 | DATE: January 25, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT