```
McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. S-07-451 LKK |
| Plaintiff, ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| JOHN CHRISTOPHER WOODWORTH, ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant John Christopher Woodworth, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. computer tower (blue);

    b. Buffalo external hard drive, serial no. 95281178200982;

    c. Viewsonic 27" monitor, serial no. PJL06100875;

    d. Hewlett Packard Photo Smart 7660 printer, serial no. MY35F130PS;

    e. keyboard and mouse.

1    2.  The above-listed property contains visual depictions of sexually explicit conduct produced, transported, shipped or received in violation of Section 2252; or is property that was used or intended to be used in any manner to commit and to promote the commission of violations of 18 U.S.C. §§ 2252(a)(2) and 2252(a)(4)(B).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States, in its secure custody and control.

4.  The United States may, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this 10th day of March, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT