McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. S-07-451 LKK |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN CHRISTOPHER WOODWORTH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on or about March 10, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant John Christopher Woodworth forfeiting to the United States the following property:

   a. computer tower (blue);

   b. Buffalo external hard drive, serial no. 95281178200982;

   c. Viewsonic 27" monitor, serial no. PJL06100875;

   d. Hewlett Packard Photo Smart 7660 printer, serial no. MY35F130PS;

   e. keyboard and mouse.

      AND WHEREAS, beginning on April 17, 2008, for at least 30 consecutive days, the United States published notification of the Court's Order of Forfeiture on an official government internet site (www.forfeiture.gov).  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

      AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

      Accordingly, it is hereby ORDERED and ADJUDGED:

      1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of John Christopher Woodworth.

      2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

      3.  The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

      SO ORDERED THIS 26th day of June, 2008.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT